UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANN M. PUSHKAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:12-CV-223-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 10, 2013, and for the reasons set forth more specifically within the memorandum and recommendation, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. The defendant's final decision is vacated and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on September 10, 2013, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


September 10, 2013        JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk