IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-223-FL

| | |
|---|---|
| ANN M. PUSHKAL,<br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br>    Defendant. | ORDER |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $4987.50, sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is dismissed with prejudice.

SO ORDERED, this 30th day of December 2013.

_____
UNITED STATES DISTRICT COURT JUDGE